IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PAMELA MOYE and )
MICHELLE CARTER, )
)
    Plaintiffs, )
)
v. )   1:06cv00337
)
DUKE UNIVERSITY HEALTH, )
SYSTEM, INC., )
)
    Defendant )
)

ORDER

This matter is before the Court on Defendant Duke University Health System, Inc.'s (DUHS) Motion to Stay Proceedings Pending Arbitration. In support of its motion, DUHS has submitted the declaration of Mindy Kornberg, Assistant Vice President of Human Resources at Duke University. The Kornberg Declaration references a *Nonexempt (Biweekly) Employee Grievance Procedure* ("Grievance Procedure"), however, a copy of the Grievance Procedure is not attached as an exhibit to the declaration.

Within 10 days of the date of this Order, DUHS is directed to file a copy of the Grievance Procedure referenced in the Kornberg Declaration.

This the 11 day of May, 2007.

/s/ N. Carlton Tilley, Jr.
United States District Judge