IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

PAMELA MOYE AND MICHELLE CARTER, )
              Plaintiffs, )
)
v. )   Civil Action No. 1:06-cv-00337
)
DUKE UNIVERSITY HEALTH SYSTEM, INC., )
              Defendant. )
)

[PROPOSED] ORDER

Upon consideration of the parties' Stipulation and Joint Request to Stay Proceedings Pending Arbitration and the record herein, it is, by the Court, this 9th day of July, 2007,

ORDERED that this action is stayed in its entirety pending completion of final and binding arbitration between the parties in accordance with Duke University's *Dispute Resolution Policy*.

                                      UNITED STATES DISTRICT JUDGE